```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
                                                         :
   DONNELL SCOTT,                                        :
                                                         :
                                Plaintiff,               :
                                                         :     23-CV-6153 (VSB)
                   -against-                             :
                                                         :            ORDER
   DELTA SCIENTIFIC CORPORATION,                         :
                                                         :
                                Defendant.               :
---------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On November 15, 2023, Defendant Delta Scientific Corporation filed a letter informing me that based on discussions with Plaintiff's counsel, Plaintiff wished to proceed pro se and Plaintiff's counsel was in the process of being relieved as counsel "imminently." (Doc. 19.) By order dated November 16, 2023, I ordered the parties to file a joint letter and proposed case management plan and scheduling order within two weeks of my decision on Plaintiff counsel's motion to withdraw. (Doc. 20.) Plaintiff's counsel has not yet filed a motion to withdraw.

I am in receipt of Defendant's December 18, 2023 letter, in which Defendant states that he has attempted to contact Plaintiff's counsel several times, including by email on December 5, 2023, December 12, 2023, and December 15, 2023, as well as by phone. (Doc. 21.) Defendant now requests that I set a deadline by which Plaintiff's counsel must file its motion to withdraw. According, it is hereby:

ORDERED that Plaintiff's counsel file its motion to withdraw in accordance with Local Rule 1.4 by January 4, 2024.

SO ORDERED.

Dated:   December 19, 2023
         New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge