UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
      :
DONNELL SCOTT,      :
      :
                        Plaintiff,  :
      :      23-CV-6153 (VSB)
            -against-  :
      :      <u>ORDER</u>
DELTA SCIENTIFIC CORPORATION,  :
      :
                        Defendant.  :
------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

        On November 15, 2023, Defendant Delta Scientific Corporation filed a letter informing me that based on discussions with Plaintiff's counsel, Plaintiff wished to proceed pro se and Plaintiff's counsel was in the process of being relieved as counsel "imminently." (Doc. 19.) By order dated November 16, 2023, I ordered the parties to file a joint letter and proposed case management plan and scheduling order within two weeks of my decision on Plaintiff counsel's motion to withdraw. (Doc. 20.) On December 18, 2023 Defendant filed a letter informing me that he had attempted to contact Plaintiff's counsel several times, including by email on December 5, 2023, December 12, 2023, and December 15, 2023, as well as by phone. (Doc. 21.) On December 19, 2023, I issued an order directing Plaintiff's counsel to file its motion to withdraw by January 4, 2024. (Doc. 23.) Plaintiff's counsel has failed to comply with that order. Accordingly, it is hereby:

        ORDERED that Plaintiff's counsel file its motion to withdraw in accordance with Local Rule 1.4 by January 16, 2024. If Plaintiff's counsel fails to do so or Plaintiff otherwise fails to

demonstrate that he intends to prosecute this litigation, I may dismiss Plaintiff's claims for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: January 8, 2024
        New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge